United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-4278

Dorman D. Walker,      *
             *
    Appellant,     *
             *  Appeal from the United States
 v.          *  District Court for the
             *  District of South Dakota
United States of America,   *
             *   [UNPUBLISHED]
    Appellee.    *

_____

Submitted: May 7, 1998
Filed: May 27, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

   Dorman D. Walker appeals from the final judgment entered in the District Court[1] for the District of South Dakota granting summary judgment in favor of the United States in Walker's action under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and denying Walker's pending motions. After careful review of the record and the parties' submissions, we conclude that the district court correctly denied Walker's

_____

   [1]The Honorable John B. Jones, United States District Judge for the District of South Dakota.

motions and granted summary judgment to the United States for the reasons stated in the court's memorandum opinion and order.

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.